UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Brian J. Goodman, Sr.

    v.                                          Case No. 17-cv-199-JL

Wells Fargo Bank, N.A.

**REPORT AND RECOMMENDATION**

Having reviewed the plaintiff's motion for default (Doc. No. 10), the defendant's objection (Doc. No. 13), and the plaintiff's reply (Doc. No. 17), the undersigned recommends the court decline to enter default against the defendant. Specifically, notwithstanding whether service was proper or what date the defendant is deemed to have been served, good cause exists to allow the defendant to appear and defend. See Indigo America, Inc. v. Big Impressions, LLC, 597 F.3d 1 (1st Cir. 2010); Coon v. Grenier, 867 F.2d 73 (1st Cir. 1989).

Any objections to this Report and Recommendation must be filed within fourteen (14) days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's order. See Garayalde-Rijos v. Mun. of Carolina, 747 F.3d 15, 21-22 (1st Cir. 2014).

SO ORDERED.

/s/ Daniel J. Lynch
Daniel J. Lynch
United States Magistrate Judge

Date: November 9, 2017


cc:    Brian J. Goodman, pro se
       Joseph Patrick Kennedy, Esq.