```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Brian J. Goodman, Sr.

    v.                                                                                  Case No. 17-cv-199-JL

Wells Fargo Bank, N.A.

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Daniel J. Lynch dated November 9, 2017.

_____
Joseph N. Laplante
United States District Judge

Date: February 2, 2018

cc:   Brian J. Goodman, Sr.
       Joseph Patrick Kennedy, Esq.